TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0719
E-mail: Alexander.Su@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $14,030.00 U.S. CURRENCY. | Case Number: 2:26-CM-112<br><br><u>JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT</u><br><br>*[Proposed Order Lodged Contemporaneously Herewith]* |

It is hereby stipulated between the United States of America, by and through its counsel of record, the Attorney General, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorney Alexander Su, and claimant ARIES DAYANA MADRIGAL GARCIA ("Claimant"), by and through her counsel of record, Carl K. Osborne of the Law Office of Carl K Osborne (collectively, "Parties") as to $14,030.00 in U.S. Currency (Consolidated Asset Tracking System Identification Number 26-DEA-000570) seized during the execution of a state search warrant in

Indio, California ("Seized Property"), as follows:

1. Claimant has filed a written claim in the administrative forfeiture proceeding with the Drug Enforcement Administration ("DEA") with respect to the Seized Property.

2. The DEA sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)-(E), the time for any person to file a claim in the administrative proceeding to the Seized Property has either expired or been tolled. No person other than Claimant has filed a claim to the Seized Property.

3. Under 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment alleging that the Seized Property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is September 24, 2026, unless the Court extends the deadline for good cause shown or by agreement of the parties. This is the parties' first request.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties hereby agree to extend to December 23, 2026, the time in which the government is to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment alleging that the Seized Property is subject to forfeiture, so that the government can further investigate this matter and the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any right Claimant may have under 18 U.S.C. §§ 983(a)(3)(A)-(a)(3)(C)

to require the government to file a complaint for forfeiture against the Seized Property and/or to obtain an indictment alleging that the Seized Property is subject to forfeiture, alleging that the Seized Property is subject to forfeiture by September 24, 2026, and any right Claimant may have to seek dismissal of any complaint and/or any forfeiture allegation in an indictment on the ground that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereby STIPULATE AND REQUEST that the government's time to file a complaint for forfeiture against the

/////

Seized Property and/or to obtain an indictment in connection with the Seized Property be extended to and include December 23, 2026.

SO STIPULATED.

Dated: September 16, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/Alexander Su*
ALEXANDER SU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 17, 2026

Respectfully submitted,

LAW OFFICE OF CARL K. OSBORNE
/s/ /C/ Carl K. Osborne
CARL K OSBORNE

Attorney for Claimant
ARIES DAYANA MADRIGAL GARCIA

**Per Civil Local Rule 5-4.3.4.(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing via email.*

**PROOF OF SERVICE BY E-MAIL**

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 11th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On September 18, 2026, I served a copy of: **JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices. Each person has given consent to receive service by e-mail.

**TO:** Carl K. Osborne, Esq.
Law Office of Carl K. Osborne
78365 Highway 111, Suite 197
La Quinta, CA 92253-2071
Email: ckosborne@sbcglobal.net

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 18, 2026, at Los Angeles, California.

*/s/Fernanda Hurtado*
**FERNANDA HURTADO**
Paralegal, FSA